IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LALO ALARCON,**
        **Plaintiff,**

vs.                                                  CIV NO. 1:21-cv-00411-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
        **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until March 2, 2022, to file a response, and Plaintiff shall have until March 16, 2022, to file a reply.

SIGNED January 28, 2022.

                                                                     _____
                                                                       HONORABLE STEPHAN M. VIDMAR
                                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted_
M. THAYNE WARNER
Special Assistant United States Attorney

_Electronically approved_
KATHERINE HARTUNG O'NEAL
Attorney for Plaintiff